■ In the Matter of TANYA M., a Person Alleged to be in Need of Supervision.— Order unanimously affirmed without costs. Memorandum: Family Court properly ascertained through allocution that respondent admitted to the acts alleged in the petition, that she voluntarily waived her right to

a fact-finding hearing, and that she was aware of the possible dispositional orders (see, Family Ct Act § 321.3 [1]). (Appeal from order of Erie County Family Court, O'Donnell, J.—PINS.) Present—Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.